THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GS HOLISTIC, LLC.

Plaintiff,

vs.

CRYSTALS UP IN SMOKE INC.,
d/b/a UP IN SMOKE, *et al.*

Defendants.

CASE NOS. 1:23-cv-627
1:23-cv-634
1:23-cv-635
1:23-cv-636
1:23-cv-638
1:23-cv-639
1:23-cv-641
1:23-cv-648
1:23-cv-708
1:23-cv-748
1:24-cv-451
1:24-cv-553
1:25-cv-163
2:23-cv-3234
2:23-cv-3578
2:23-cv-3601
2:23-cv-3604
2:23-cv-3606
2:23-cv-3760
2:23-cv-3761
2:23-cv-3782
2:23-cv-3786
2:23-cv-3811
2:23-cv-3928
2:23-cv-3931
3:23-cv-294
3:23-cv-307
3:23-cv-317
3:23-cv-324
3:23-cv-325
3:23-cv-328
3:23-cv-336
3:23-cv-350
3:23-cv-351
3:25-cv-837

Judge Walter H. Rice
Magistrate Judge Michael R. Merz

---

ENTRY WITHDRAWING REFERENCE TO UNITED STATES MAGISTRATE JUDGE, AFTER CONSULTATION BETWEEN JUDICIAL OFFICERS, AND WITH GRATITUDE FOR THE MAGISTRATE JUDGE'S SERVICES TO THIS POINT

---

Based on discussions with and agreement between Judges Walter H. Rice and Michael R. Merz, the order of Reference in these cases is withdrawn. The undersigned cannot overstate the Court's appreciation for Judge Merz's service on these matters to this point.

**IT IS SO ORDERED.**

April 28, 2026

JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT